In The Court of Criminal Appeal of Tex      44,402-08

Application For Certiorari to The Supreme Court

## Motion For Leave To Proceed in Forma Paupers And petition for a Writ of Certiorari

| | |
|---|---|
| Michael Lynn Bradden<br>Petitioner<br>V.S.<br>The State of Texas<br>Respondent | In The Criminal District Court No#1 of Appeals of Texas, DALLAS COUNTY, DALLAS, Texas,<br><br>No.# WO3-00301-H-(C)-WR-44,402#08<br>No.# WO3-00097-H-(C)-WR-44,402#07<br><br>Criminal Appeals Court P.O. Box 12308, Capitol Station, Austin, Texas, |

TO All Party's In Serveing By Mail, That Im Going TO the Supreme court with my 11.07 Writ That I filed in the Low court And The Criminal court of Appeal of Texas file His Motion To Lieove And proceed in Forma of Pauperis And petition for a Writ of Certiorari to the Supreme Court of the United State.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

Pro-Se

Respectfully Submitted

Michael Lynn Bradden
Michael Lynn Bradden
ID. No.# 1171646
2664 F.M. 2054
Tennessee Colony, Texas
75886-0000

CC/M.L.B.      1 of 2

<u>Certificate of Service:</u>

"A True and Correct copy of the Above, And foregoing Motions for Leave To proceed in Forma of paupers And pectitione for A writ of Certiorari to the Supreme court. Has Been Sent To the District clerk office, p.o. Box 12308, Capitol Station, Austin, Texas, 78711.

Excuted This __6__ Day of __July__, __2015__.

<u>Respectfull Submitted,</u>

<u>Michael Lynn Bradelen</u>
<u>Michael Lynn Bradden</u>
<u>ID. No.# 1171646</u>
<u>2664 F.M. 2054</u>
<u>Tennessee Colony, Texas</u>
<u>75886-0000</u>

<u>pro-se</u>

CC/M.L.B.                    202